**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Urdan, Paul D.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**FDBA Design Concepts** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-3921** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1879 Shelley Court**<br>**Highland Park, IL 60035** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:    **Lake** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)              ☐ Railroad<br>☐ Corporation            ☐ Stockbroker<br>☐ Partnership            ☐ Commodity Broker<br>☐ Other_____    ☐ Clearing Bank | ■ Chapter 7        ☐ Chapter 11        ☐ Chapter 13<br>☐ Chapter 9        ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box)<br>■ Consumer/Non-Business        ☐ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Urdan, Paul D.** |

<table>
<tr><td colspan="3"><strong>Prior Bankruptcy Case Filed Within Last 6 Years</strong> (If more than one, attach additional sheet)</td></tr>
<tr><td>Location<br>Where Filed:   <strong>- None -</strong></td><td>Case Number:</td><td>Date Filed:</td></tr>
</table>

<table>
<tr><td colspan="3"><strong>Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor</strong> (If more than one, attach additional sheet)</td></tr>
<tr><td>Name of Debtor:<br><strong>- None -</strong></td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>District:</td><td>Relationship:</td><td>Judge:</td></tr>
</table>

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Paul D. Urdan**
Signature of Debtor **Paul D. Urdan**

X  _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**June 29, 2005**
Date

### Signature of Attorney

X  **/s/ Joseph E. Cohen 3123243**
Signature of Attorney for Debtor(s)

**Joseph E. Cohen 3123243**
Printed Name of Attorney for Debtor(s)

**COHEN & KROL**
Firm Name

**105 West Madison Street
Suite 1100
Chicago, IL 60602**
Address

**312-368-0300  Fax: 312-368-4559**
Telephone Number

**June 29, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  **/s/ Joseph E. Cohen 3123243          June 29, 2005**
Signature of Attorney for Debtor(s)          Date

**Joseph E. Cohen 3123243**

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X  _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

Form B6D
(12/03)

In re __Paul D. Urdan_____,   Case No. _____
                                    Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community — H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Blazer Electric**<br>**6936 W. Birchwood**<br>**Niles, IL 60714** | X | - | 1879 Shelley Court<br>Highland Park, IL 60035<br><br>Value $          2,000,000.00 | | | | 8,379.00 | 0.00 |
| Account No.<br><br>**Block Construction Co./Rene Rivera**<br>**9140 Kildare**<br>**Skokie, IL 60076** | | - | 1879 Shelley Court<br>Highland Park, IL 60035<br><br>Value $          2,000,000.00 | | | | 29,062.00 | 0.00 |
| Account No.<br><br>**Chevy Chase Bank**<br>**P.O. Box 17000**<br>**Baltimore, MD 21297** | X | W | 1879 Shelley Court<br>Highland Park, IL 60035<br><br>Value $          2,000,000.00 | | | | 960,000.00 | 0.00 |
| Account No.<br><br>**Wells Fargo Bank of Wisconsin**<br>**P.O. Box 4116**<br>**Portland, OR 97208** | X | W | 1879 Shelley Court<br>Highland Park, IL 60035<br><br>Value $          2,000,000.00 | | | | 360,000.00 | 0.00 |

__0__ continuation sheets attached

|  | Subtotal<br>(Total of this page) | 1,357,441.00 |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 1,357,441.00 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E
(04/04)

In re  **Paul D. Urdan**                                                                 ,   Case No. _____
                                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority,  listed separately by type of priority,  is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____  continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re   **Paul D. Urdan** _____,   Case No. _____

Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **16-16-303-014**<br><br>**Lake County Collector**<br>**18 North County Street**<br>**Waukegan, IL 60085** | - | | **16-16-303-044**<br>**sold 12-7-2004** | | | | 24,723.10 | 24,723.10 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 24,723.10 | |
| Total<br>(Report on Summary of Schedules) | 24,723.10 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F
(12/03)

In re    **Paul D. Urdan**                                                                    Case No. _____

_____ ,
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**820 N. Orleans LLC**<br>**Spectrum Real Estate Properties**<br>**351 West Hubbard Suite 610**<br>**Chicago, IL 60610-4486** | | - | | | business rent | | | | 22,507.74 |
| Account No. **2005 M1 116933**<br><br>**Adele Mandell**<br>**Schoenberg Fisher Newman**<br>**Rosenberg**<br>**222 South Riverside Plaza #2100**<br>**Chicago, IL 60606** | | - | | | pending collection | | | | 17,700.00 |
| Account No.<br><br>**Adva Lite Inc**<br>**P.O. Box 30060**<br>**Tampa, FL 33630-3060** | | - | | | Design Concepts | | | X | 524.95 |
| Account No.<br><br>**Alternitive Appeareal**<br>**P.O. Box 33301**<br>**Charlotte, NC 28233-3301** | | - | | | Design Concepts | | | X | 274.09 |

<u>  14  </u>  continuation sheets attached

|  | Subtotal<br>(Total of this page) | 41,006.78 |
|---|---|---|

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    S/N:29730-050524    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Paul D. Urdan** ,  Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **American Ad Bag** 218 North Madison Street Woodstock, IL 60098 | - | | | | Design Concepts | | | X | 8,207.67 |
| Account No. **American Apparel** 747 Warehouse Street Los Angeles, CA 90021 | - | | | | Design Concepts | | | X | 1,353.11 |
| Account No. **Arbee Transparent Products Inc.** P.O. Box 1107 Elk Grove Village, IL 60009 | - | | | | Design Concepts | | | X | 5,226.00 |
| Account No. **Augusta Sports** P.O. Box 3376 Providence, RI 02909 | - | | | | Design Concepts | | | X | 783.11 |
| Account No. 02 M1 0105246 **Avente LLC** The Chaet Kaplan Baim Firm 30 North LaSalle Street Suite 1520 Chicago, IL 60602 | - | | | | judgement Cook County | | | | 3,000.00 |

Sheet no. __1__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,569.89

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Paul D. Urdan**                                      , Case No. _____
                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **B.J. Crystal, Inc 888 Brannan Street #2165 San Francisco, CA 94103** | - | | | | Design Concepts | | | X | 1,490.61 |
| Account No. **Bank of America 1825 East Buckeye Road Phoenix, AZ 85034-4252** | - | | | | credit card | | | | 45,727.00 |
| Account No. **Bank One Delaware, NA 800 Brooksedge Blvd Westerville, OH 43081-2895** | - | | | | credit card authorized user | | | | 37,940.00 |
| Account No. 15493-3 **Benjamin & Williams 5485 Expressway Drive North Holtsville, NY 11742** | - | | | | Design Concepts | | | X | 1,069.29 |
| Account No. **Big Accessories 1324 Rand Street Petaluma, CA 94954** | - | | | | Design Concepts | | | X | 18,757.26 |

Sheet no. __2__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          104,984.16

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Paul D. Urdan**                                          , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **bp Citibank SD** P.O. Box 15687 Wilmington, DE 19850-5687 | - | | credit card | | | | **6,205.00** |
| Account No. **Buy Buy Cameras** 1028 Sleepy Hollow Road Paso Robles, CA 93446-4834 | - | | Design Concepts | | | X | **431.73** |
| Account No. **Certified Services** P.O. Box 24 Waukegan, IL 60079-0024 | - | | collection agency | | | | **150.00** |
| Account No. **Champion Embroidery & Screenprint** 4053-4055 West Peterson Avenue Chicago, IL 60646 | - | | Design Concepts | | | X | **12,445.84** |
| Account No. **Citibank** P.O. Box 6241 Sioux Falls, SD 57117-6241 | - | | credit card authorized user/ card | | | | **38,825.00** |

Sheet no. __3__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **58,057.57**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Paul D. Urdan**                                        , Case No. _____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Clavel LTD** <br> **3 Carfts Road** <br> **Gloucester, MA 01930** | - | | **Design Concepts** | | | X | **2,580.00** |
| Account No. <br><br> **Computer Credit Services** <br> **5340 North Clark Street** <br> **Chicago, IL 60640-2120** | - | | **collection agency** | | | | **344.00** |
| Account No. **04 AR 3980** <br><br> **Connector Corporation** <br> **Vincent C. Argento** <br> **1100 North Arlington Heights Road S** <br> **Itasca, IL 60143** | - | | **judgment** <br> **DuPage County, Illinois** | | | | **11,832.75** |
| Account No. <br><br> **Cutter & Buck** <br> **2701 First Avenue Suite 500** <br> **Seattle, WA 98121** | - | | **Design Concepts** | | | | **527.66** |
| Account No. <br><br> **Dard Products** <br> **912 Custer Ave.** <br> **Evanston, IL 60202** | - | | **Design Concepts** | | | X | **2,500.00** |
| Sheet no. __4__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal <br> (Total of this page) | | | | **17,784.41** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Paul D. Urdan** _____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Deerfield Collection<br>P.O. Box 8465<br>Mankato, MN 56002** | - | | Design Concepts | | | X | 342.16 |
| Account No. <br><br>**Dell Computer<br>P.O. Box 9020<br>Des Moines, IA 50368-9020** | - | | Design Concepts | | | X | 15,765.63 |
| Account No. <br><br>**Dramatic Graphics<br>22914 Woodward Avenue<br>Ferndale, MI 48220** | - | | Design Concepts | | | X | 500.00 |
| Account No. **02 M1 0164995** <br><br>**Elman Labels Paper<br>9301 Gaither Rd.<br>Gaithersburg, MD 20877** | - | | judgment<br>Cook County | | | X | Unknown |
| Account No. <br><br>**Ennis Business Forms<br>114 Ne Main St.<br>Ennis, TX 75119** | - | | Design Concepts | | | X | 7,371.41 |

Sheet no. __5__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,979.20

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Paul D. Urdan**                                                              Case No. _____
                                                     ,
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Gemline**<br>**P.O. Box 4844**<br>**Boston, MA 02212-4844** | | - | | | **Design Concepts** | | | X | |
| | | | | | | | | | **6,245.27** |
| Account No.<br><br>**Genisis**<br>**P.O. Box 3376**<br>**Providence, RI 02909** | | - | | | **Design Concepts** | | | X | |
| | | | | | | | | | **2,500.00** |
| Account No.<br><br>**Giftcor**<br>**1752 Langley Avenue**<br>**Irvine, CA 92614** | | - | | | **Design Concepts** | | | X | |
| | | | | | | | | | **1,023.87** |
| Account No.<br><br>**Global Marketing International Inc**<br>**Ron Damashek**<br>**55 West Monroe #500**<br>**Chicago, IL 60603** | | - | | | 04 L 6310 | | | | |
| | | | | | | | | | **66,338.00** |
| Account No.<br><br>**Good Hope Bags Industies, Inc**<br>**623 Vineland Avenue**<br>**La Puente, CA 91746** | | - | | | **Design Concepts** | | | X | |
| | | | | | | | | | **1,012.75** |

Sheet no. __6___ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**77,119.89**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Paul D. Urdan**                                        ,    Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Grand Band Inc<br>3187 Long Beach Road<br>Oceanside, NY 11572** | | - | | | **Design Concepts** | | | X | 202.00 |
| Account No.<br><br>**Hartwell Sport Inc<br>905 S. Jackson<br>Hartwell, GA 30643** | | - | | | **Design Concepts** | | | X | 1,094.77 |
| Account No.<br><br>**Harvard Collection Services<br>4839 North Elston Avenue<br>Atten; Betty<br>Chicago, IL 60630-2534** | | - | | | **collection agency** | | | | 3,642.00 |
| Account No.<br><br>**Headwear USA LLC<br>26 East 9th Street<br>Frederick, MD 21701** | | - | | | **Design Concepts** | | | X | 381.93 |
| Account No.<br><br>**House of Doolittle<br>1751 Nicholas Blvd.<br>Elk Grove Village, IL 60007** | | - | | | **Design Concepts** | | | X | 2,862.89 |

Sheet no. __7__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **8,183.59**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Paul D. Urdan**                                    , Case No. _____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Laser Pokorny Schwartz Friedman** **Six W. Hubbard** **Suite 800** **Chicago, IL 60610** | - | | | | | | 9,500.00 |
| Account No. | | | Design Concepts | | | | |
| **Le-Ba Inc** **HC 76 Box 624** **Jackman, ME 04945-9714** | - | | | | | X | 1,187.30 |
| Account No. | | | credit card | | | | |
| **Marshall Fields** **300 Sheffield Ctr** **Lorain, OH 44055-3129** | - | | | | | | 12,367.81 |
| Account No. | | | credit card | | | | |
| **MBNA** **P.O. Box 15026** **Wilmington, DE 19850-5026** | - | | | | | | 31,086.00 |
| Account No. | | | | | | | |
| **Medical Collection Services** **725 S. Wells** **Suite 700** **Chicago, IL 60607** | - | | | | | | 400.00 |

Sheet no. __8__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                       54,541.11

Form B6F - Cont.
(12/03)

In re **Paul D. Urdan**                                    , Case No. _____

_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Merchants Credit** <br>**223 W. Jackson** <br>**Suite 900** <br>**Chicago, IL 60606** | - | | | | | | **300.00** |
| Account No. <br><br>**Michael Grossman** <br>**3550 Sorrel Drive** <br>**Northbrook, IL 60062** | - | | | | | | **Unknown** |
| Account No.  03 L 10397 <br><br>**National Trade** <br>**David Lloyd** <br>**1 East Wacker #2420** <br>**Chicago, IL 60601** | - | | Design Concepts | | | X | **115,000.00** |
| Account No. <br><br>**Nieman Marcus** <br>**P.O. Box 720848** <br>**Dallas, TX 75372-0848** | - | | credit card | | | | **7,298.00** |
| Account No. <br><br>**Noble Laboratories, Inc** <br>**3891 North Ventura Avenue Unit A-3** <br>**Ventura, CA 93001** | - | | Design Concepts | | | X | **1,098.80** |

Sheet no. __9___ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**123,696.80**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Paul D. Urdan**                                                ,        Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **GC03H0469X** <br><br> **Norman Shy/Allstate Sales** <br> **4521 River Trail** <br> **Bloomfield Hills, MI 48301** | | - | | | | | 45,000.00 |
| Account No. <br><br> **Noteworthy** <br> **100 Church Street** <br> **Amsterdam, NY 12010** | | - | Design Concepts | | | X | 2,336.48 |
| Account No. <br><br> **Numo Manufacturing** <br> **700 Hickery Tree Road** <br> **Mesquite, TX 75149** | | - | Design Concepts | | | X | 405.15 |
| Account No. **05 M1 112636** <br><br> **Oak Trust and Savings** <br> **Teller Levit & Silvertrust** <br> **11 East Adams Street 8th Floor** <br> **Chicago, IL 60603** | | - | judgment <br> Cook County, Illinois | | | | 29,813.20 |
| Account No. <br><br> **Paper Promotions** <br> **Intercontinental Investigations,Inc** <br> **312 Fifth Avenue 3rd Floor** <br> **New York, NY 10016** | | - | Design Concepts | | | X | 35,836.00 |

Sheet no. __**10**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    113,390.83

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Paul D. Urdan**                                                                    , Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | utility | | | | |
| **Peoples Energy** **Chicago, IL 60687-0001** | - | | | | | | | **349.00** |
| Account No. | | | | Design Concepts | | | | |
| **Premier Label Water Co** **2799 East Tropicana** **Suite H 456** **Las Vegas, NV 89121** | - | | | | | | X | **2,500.00** |
| Account No. | | | | Design Concepts | | | | |
| **Premier Label Water Co.** **2799 E. Tropicana** **Las Vegas, NV 89121** | - | | | | | | X | **2,939.50** |
| Account No. | | | | Design Concepts | | | | |
| **Pro Golf Premiums** **P.O. Box 1238** **6400 Chestnut Suite 5** **Morton Grove, IL 60053-7238** | - | | | | | | | **900.00** |
| Account No. | | | | Design Concepts | | | | |
| **Rainbow Textiles** **Johns Glenn Associates, Inc** **55 Herricks Road** **New Hyde Park, NY 11040** | - | | | | | | X | **9,813.50** |

Sheet no. __11__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,502.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                           Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Paul D. Urdan**                                                                          , Case No. _____
                                           Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Rand McNally<br>P.O. Box 98904<br>Chicago, IL 60693** | | - | | | **Design Concepts** | | | X | **456.45** |
| Account No.<br><br>**Robert Kuzas & Associates<br>150 N. Wacker Dr.<br>Suite 2020<br>Chicago, IL 60606** | | - | | | | | | | **Unknown** |
| Account No. **04-1812**<br><br>**Rush North Shore<br>Grabowski Law Center, LLC<br>2800 South River Road Suite 410<br>Des Plaines, IL 60018-6090** | | - | | | | | | | **Unknown** |
| Account No.<br><br>**Senator USA<br>4215 Tudor Lane<br>Greensboro, NC 27410** | | - | | | **Design Concepts** | | | X | **2,070.00** |
| Account No.<br><br>**Sorg's Paper Place<br>1000 Mountain Laurel Circle<br>Shirley, MA 01464** | | - | | | **Design Concepts** | | | X | **2,202.00** |

Sheet no. __**12**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,728.45**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                       Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Paul D. Urdan**                                          ,    Case No. _____
                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Design Concepts | | | | |
| **Spectrum Real Estate** **414 North Orleans Suite 610** **Chicago, IL 60610** | - | | | | | X | |
| | | | | | | | **4,225.71** |
| Account No. | | | Design Concepts | | | | |
| **St. Regis** **660 Industrial Parkway #199** **Cheektowaga, NY 14227** | - | | | | | X | |
| | | | | | | | **1,420.23** |
| Account No. | | | Design Concepts | | | | |
| **Suspender Factory, Inc** **1425 63rd Street** **Emeryville, CA 94608** | - | | | | | X | |
| | | | | | | | **1,866.60** |
| Account No. | | | Design Concepts | | | | |
| **The Adventure Group** **4720 Yender Avenue** **Lisle, IL 60532** | - | | | | | X | |
| | | | | | | | **17,829.16** |
| Account No. | | | Design Concepts | | | | |
| **The Dooley Company** **P.O. Box 628** **Olive Branch, MS 38654** | - | | | | | X | |
| | | | | | | | **403.60** |

Sheet no. __**13**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **25,745.30**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Paul D. Urdan** _____,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**TJ Promotions Corp<br>1913 Frank Stiles Street<br>South El Monte, CA 91733** | | - | | | Design Concepts | | | X | 691.96 |
| Account No.<br><br>**Toppers<br>561 Thoroughfaire<br>Thorofare, NJ 08086** | | - | | | Design Concepts | | | X | 5,500.00 |
| Account No.<br><br>**Uniflex, Inc<br>383 West John Street<br>P.O. Box 9004<br>Hicksville, NY 11802-9004** | | - | | | Design Concepts | | | X | 1,183.00 |
| Account No.<br><br>**US Bank<br>205 W. Fourth St.<br>3rd Floor<br>Cincinnati, OH 45202** | | - | | | | | | | 6,500.00 |
| Account No.<br><br>**Walters Seed Co<br>65 Veterans Drive<br>Holland, MI 49423-7813** | | - | | | Design Concepts | | | X | 949.70 |

Sheet no. __14__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 14,824.66 |
| Total<br>(Report on Summary of Schedules) | 703,114.64 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re      **Paul D. Urdan**                                                      ,        Case No. _____

                                    Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:    A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
         schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Chase Auto Leasing**<br>**600 Community Drive**<br>**Manhasset, NY 11030** | **Car lease** |
| **Porsche Credit Corp.**<br>**4343 Commerce Court**<br>**Suite 104**<br>**Lisle, IL 60532** | **Car lease** |
| **Spectrum Real Estate**<br>**414 North Orleans Suite 610**<br>**Chicago, IL 60610** | **business lease** |

__0__   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                 Best Case Bankruptcy

In re    **Paul D. Urdan**                                                              ,       Case No. _____
                                              Debtor

# SCHEDULE H. CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **April S. Urdan**<br>**1879 Shelley Court**<br>**Highland Park, IL 60035** | **Chevy Chase Bank**<br>**P.O. Box 17000**<br>**Baltimore, MD 21297** |
| **April S. Urdan**<br>**1879 Shelley Court**<br>**Highland Park, IL 60035** | **Wells Fargo Bank of Wisconsin**<br>**P.O. Box 4116**<br>**Portland, OR 97208** |
| **April S. Urdan**<br>**1879 Shelley Court**<br>**Highland Park, IL 60035** | **Blazer Electric**<br>**6936 W. Birchwood**<br>**Niles, IL 60714** |

    **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                                Best Case Bankruptcy

Official Form 8
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Paul D. Urdan** _____    Case No. _____

_____ Debtor(s)    Chapter   **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts:

     *a. Property to Be Surrendered.*

**Description of Property**            **Creditor's name**
-NONE-

     *b. Property to Be Retained*               *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1. | **1879 Shelley Court Highland Park, IL 60035** | **Blazer Electric** | **Debtor will retain collateral and continue to make regular payments.** | | |
| 2. | **1879 Shelley Court Highland Park, IL 60035** | **Block Construction Co./Rene Rivera** | **Debtor will retain collateral and continue to make regular payments.** | | |
| 3. | **1879 Shelley Court Highland Park, IL 60035** | **Chevy Chase Bank** | **Debtor will retain collateral and continue to make regular payments.** | | |
| 4. | **1879 Shelley Court Highland Park, IL 60035** | **Wells Fargo Bank of Wisconsin** | **Debtor will retain collateral and continue to make regular payments.** | | |

Date   **June 29, 2005** _____    Signature   **/s/ Paul D. Urdan** _____

                                                   **Paul D. Urdan**
                                                   Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Paul D. Urdan**

_____

Debtor(s)

Case No.  _____

Chapter   **7**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept........................................................... | $ | **5,000.00** |
| Prior to the filing of this statement I have received............................................... | $ | **5,000.00** |
| Balance Due............................................................................................................. | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **June 29, 2005**

_____

**/s/ Joseph E. Cohen 3123243**
**Joseph E. Cohen 3123243**
**COHEN & KROL**
**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**
**312-368-0300  Fax: 312-368-4559**

---

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Paul D. Urdan**                                                                 Case No.
                                    _____                                    Chapter    **7**
                                         Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

                                          Number of Creditors: _____ **83**


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date:  **June 29, 2005**                         **/s/ Paul D. Urdan**
                                                 **Paul D. Urdan**
                                                 Signature of Debtor

820 N. Orleans LLC
Spectrum Real Estate Properties
351 West Hubbard Suite 610
Chicago, IL 60610-4486


Adele Mandell
Schoenberg Fisher Newman Rosenberg
222 South Riverside Plaza #2100
Chicago, IL 60606


Adva Lite Inc
P.O. Box 30060
Tampa, FL 33630-3060


Alternitive Appearal
P.O. Box 33301
Charlotte, NC 28233-3301


American Ad Bag
218 North Madison Street
Woodstock, IL 60098


American Apparel
747 Warehouse Street
Los Angeles, CA 90021


Arbee Transparent Products Inc.
P.O. Box 1107
Elk Grove Village, IL 60009


Augusta Sports
P.O. Box 3376
Providence, RI 02909


Avente LLC
The Chaet Kaplan Baim Firm
30 North LaSalle Street Suite 1520
Chicago, IL 60602


B.J. Crystal, Inc
888 Brannan Street #2165
San Francisco, CA 94103

Bank of America
1825 East Buckeye Road
Phoenix, AZ 85034-4252


Bank One Delaware, NA
800 Brooksedge Blvd
Westerville, OH 43081-2895


Benjamin & Williams
5485 Expressway Drive North
Holtsville, NY 11742


Big Accessories
1324 Rand Street
Petaluma, CA 94954


Blazer Electric
6936 W. Birchwood
Niles, IL 60714


Block Construction Co./Rene Rivera
9140 Kildare
Skokie, IL 60076


bp Citibank SD
P.O. Box 15687
Wilmington, DE 19850-5687


Buy Buy Cameras
1028 Sleepy Hollow Road
Paso Robles, CA 93446-4834


Certified Services
P.O. Box 24
Waukegan, IL 60079-0024


Champion Embroidery & Screenprint
4053-4055 West Peterson Avenue
Chicago, IL 60646


Chevy Chase Bank
P.O. Box 17000
Baltimore, MD 21297

Citibank
P.O. Box 6241
Sioux Falls, SD 57117-6241


Clavel LTD
3 Carfts Road
Gloucester, MA 01930


Computer Credit Services
5340 North Clark Street
Chicago, IL 60640-2120


Connector Corporation
Vincent C. Argento
1100 North Arlington Heights Road S
Itasca, IL 60143


Cutter & Buck
2701 First Avenue Suite 500
Seattle, WA 98121


Dard Products
912 Custer Ave.
Evanston, IL 60202


Deerfield Collection
P.O. Box 8465
Mankato, MN 56002


Dell Computer
P.O. Box 9020
Des Moines, IA 50368-9020


Dennis Cleary
37000 Grand River
Suite 365
Farmington, MI 48335


Dramatic Graphics
22914 Woodward Avenue
Ferndale, MI 48220


Elman Labels Paper
9301 Gaither Rd.
Gaithersburg, MD 20877

Ennis Business Forms
114 Ne Main St.
Ennis, TX 75119

Gemline
P.O. Box 4844
Boston, MA 02212-4844

Genisis
P.O. Box 3376
Providence, RI 02909

Giftcor
1752 Langley Avenue
Irvine, CA 92614

Global Marketing International Inc
Ron Damashek
55 West Monroe #500
Chicago, IL 60603

Good Hope Bags Industies, Inc
623 Vineland Avenue
La Puente, CA 91746

Grand Band Inc
3187 Long Beach Road
Oceanside, NY 11572

Hartwell Sport Inc
905 S. Jackson
Hartwell, GA 30643

Harvard Collection Services
4839 North Elston Avenue
Atten; Betty
Chicago, IL 60630-2534

Headwear USA LLC
26 East 9th Street
Frederick, MD 21701

House of Doolittle
1751 Nicholas Blvd.
Elk Grove Village, IL 60007

Lake County Collector
18 North County Street
Waukegan, IL 60085


Laser Pokorny Schwartz Friedman
Six W. Hubbard
Suite 800
Chicago, IL 60610


Le-Ba Inc
HC 76 Box 624
Jackman, ME 04945-9714


Marshall Fields
300 Sheffield Ctr
Lorain, OH 44055-3129


Marshall Fields
Harris & Harris
P.o. Box 5598
Chicago, IL 60680-5598


MBNA
P.O. Box 15026
Wilmington, DE 19850-5026


Medical Collection Services
725 S. Wells
Suite 700
Chicago, IL 60607


Merchants Credit
223 W. Jackson
Suite 900
Chicago, IL 60606


Michael Grossman
3550 Sorrel Drive
Northbrook, IL 60062


National Trade
David Lloyd
1 East Wacker #2420
Chicago, IL 60601

Nieman Marcus
P.O. Box 720848
Dallas, TX 75372-0848

Nieman Marcus
1201 Elm Street
Attention K Holman
Dallas, TX 75270-2102

Noble Laboratories, Inc
3891 North Ventura Avenue Unit A-3
Ventura, CA 93001

Norman Shy/Allstate Sales
4521 River Trail
Bloomfield Hills, MI 48301

Noteworthy
100 Church Street
Amsterdam, NY 12010

Numo Manufacturing
700 Hickery Tree Road
Mesquite, TX 75149

Oak Trust and Savings
Teller Levit & Silvertrust
11 East Adams Street 8th Floor
Chicago, IL 60603

Paper Promotions
Intercontinental Investigations,Inc
312 Fifth Avenue 3rd Floor
New York, NY 10016

Peoples Energy
Chicago, IL 60687-0001

Premier Label Water Co
2799 East Tropicana
Suite H 456
Las Vegas, NV 89121

Premier Label Water Co.
2799 E. Tropicana
Las Vegas, NV 89121


Pro Golf Premiums
P.O. Box 1238
6400 Chestnut Suite 5
Morton Grove, IL 60053-7238


Rainbow Textiles
Johns Glenn Associates, Inc
55 Herricks Road
New Hyde Park, NY 11040


Rand McNally
P.O. Box 98904
Chicago, IL 60693


Revenue Assurance Partners
414 N. Causeway Blvd.
Mandeville, LA 70448


Robert Kuzas & Associates
150 N. Wacker Dr.
Suite 2020
Chicago, IL 60606


Rush North Shore
Grabowski Law Center, LLC
2800 South River Road Suite 410
Des Plaines, IL 60018-6090


Senator USA
4215 Tudor Lane
Greensboro, NC 27410


Sorg's Paper Place
1000 Mountain Laurel Circle
Shirley, MA 01464


Spectrum Real Estate
414 North Orleans Suite 610
Chicago, IL 60610

St. Regis
660 Industrial Parkway #199
Cheektowaga, NY 14227


Suspender Factory, Inc
1425 63rd Street
Emeryville, CA 94608


The Adventure Group
4720 Yender Avenue
Lisle, IL 60532


The Dooley Company
P.O. Box 628
Olive Branch, MS 38654


TJ Promotions Corp
1913 Frank Stiles Street
South El Monte, CA 91733


Toppers
561 Thoroughfaire
Thorofare, NJ 08086


Uniflex, Inc
383 West John Street
P.O. Box 9004
Hicksville, NY 11802-9004


US Bank
205 W. Fourth St.
3rd Floor
Cincinnati, OH 45202


Walters Seed Co
65 Veterans Drive
Holland, MI 49423-7813


Wells Fargo Bank of Wisconsin
P.O. Box 4116
Portland, OR 97208